IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff

  vs.

Steven Wayne Yee, et al.,

    Defendants

Case No. 3:89CR720

**MEMORANDUM AND ORDER**

POTTER, J.:

    This cause is before the Court on the Government's motion for a anonymous jury and for rules governing the conduct of spectators, and defendants' memorandum of law in opposition.

    The Court now makes the following orders.

    The Government's motion for an anonymous jury is DENIED. A daily list of the prospective jurors containing the names and addresses of the prospective jurors will be provided to all counsel of record prior to the commencement of the voir dire. The lists of the prospective jurors are not to be copied nor distributed by counsel to any other person or party without express leave of court. The Court will prepare a written questionnaire for prospective jurors.

    The following procedure shall govern as to spectators:

    1. All male spectators shall be suitably dressed in a conventional shirt, coat or jacket as a condition to admission to the courtroom. All female spectators shall be suitably dressed.

    2. No insignia identifying a spectator, male or female, with any club or organization shall be permitted.

    3. No spectators shall be allowed to enter or leave the courtroom other than at recesses.

    4. No spectators shall be permitted to take notes during the voir dire.

2

5. No spectators shall be permitted to bring into the courtroom newspapers, magazines, briefcases, notebooks, unless the spectator is a member of the media.

6. The U.S. Marshall is hereby directed to assist the Court in carrying out this order.

IT IS SO ORDERED.

*John W Potter*
United States District Judge

AO 72A
(Rev. 8/82)