IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
1991 JAN 24 AM 11: 54
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT
OF OHIO

United States of America,

       Plaintiff              Case No. 3:89CR720

vs.

Steven Wayne Yee, et al.,

       Defendants           **MEMORANDUM AND ORDER**

POTTER, J.:

      This Court has considered defendants' motions for attorney-conducted voir dire and the government's opposition.

      The Court denies the motions. The Court will conduct the voir dire. The parties may submit suggested voir dire questions to the Court which the Court, in its discretion, may utilize.

      The Court next considers defendants' motion for ruling on the number of peremptory challenges and the government's opposition. The Court will follow Rule 24(b) of the Federal Rules of Criminal Procedure. Defendants jointly will be entitled to ten peremptory challenges, the government, six.

      Four alternate jurors will be seated, and each side will be entitled to two peremptory challenges. Fed. R. Crim. P. 24(c).

      The Court will inquire on voir dire as to pre-trial publicity. Further, the parties will have juror questionnaires on sensitive subjects and side bar questioning by the Court of prospective jurors. See <u>United States v. Espinosa</u>, 771 F.2d 1382 (10th Cir. 1985); <u>United States v. Vaccaro</u>, 816 F.2d 443 (9th Cir 1987).

      As to the motion for individual sequestered voir dire, the Court will conduct a general voir dire; however, if necessary, based on answers to questions in open court or on

AO 72A
(Rev. 8/82)

2

juror questionnaires, this Court will conduct individual voir dire.

IT IS SO ORDERED.

_John W Potter_
United States District Judge